# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                   Case Number: 4:22−cr−00169

Baudelaire Idriss Tchouala

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Baudelaire Idriss Tchouala as set forth below.**

**Before the Honorable Richard W Bennett**

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/7/2024

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance/Revocation

Date: June 5, 2024                                                              Nathan Ochsner, Clerk